1  CHRISTINE S. HWANG (SBN 184549)
   PHIL A THOMAS (SBN 248517)
2  LEONARD CARDER, LLP
3  1188 Franklin St Suite 201
   San Francisco, CA 94109
4  Tel: (415) 771-6400/Fax: (415) 771-7010
   chwang@leonardcarder.com
5  pthomas@leonardcarder.com
6
   Attorneys for Plaintiffs
7

8             UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | IBEW LOCAL 595 TRUST FUNDS, et al   | Case No. 3:10-cv-04505-BZ
12 |           Plaintiffs,
   | v.                                  | **PLAINTIFFS' REQUEST FOR PARTIAL
13 |                                     | DISMISSAL**
14 | MILLER ELECTRIC & TECHNOLOGY,
   | INC., et al
15
   |           Defendant.
16

17

18     Plaintiffs IBEW Local 595 Trust Funds et al hereby request that this action be dismissed

19 with prejudice against Defendants DOES ONE through TEN, inclusive, only. Plaintiffs do not

20 request dismissal of this action against any other Defendant.

21  Dated: December 7, 2010                 LEONARD CARDER, LLP
22

23

24                                By:    /s/ Phil A Thomas                .
                                         Phil A Thomas
25                                       Attorneys for Plaintiffs

26

27                                       DATED: 12/08/2010

28



IT IS SO ORDERED
Judge Bernard Zimmerman

1
PLAINTIFFS' REQUEST FOR PARTIAL DISMISSAL
CASE NO. 3:10-CV-04505-BZ

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years old and not a party to the within action; my business address is 1188 Franklin Street, Suite 201, San Francisco, CA, 94109.

On December 7, 2010, I served a true and accurate copy of the foregoing document(s):

1. **PLAINTIFFS' REQUEST FOR PARTIAL DISMISSAL**

on all interested parties in this action as follows:

BETH MILLER
MILLER ELECTRIC & TECHNOLOGY, INC
9010 BRENTWOOD BLVD.
SUITE A
BRENTWOOD, CA 94513

[XX]   BY MAIL: I enclosed the document(s) above in a sealed envelope or package addressed to the persons at the addresses above. Following ordinary business practices, the envelope was sealed with postage fully prepaid and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date at San Francisco, CA.

I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 7, 2010 at San Francisco, California.

_____
Mathilda Mendonca