CHRISTINE S. HWANG (SBN 184549)
PHIL A THOMAS (SBN 248517)
LEONARD CARDER, LLP
1188 Franklin St Suite 201
San Francisco, CA 94109
Tel: (415) 771-6400/Fax: (415) 771-7010
chwang@leonardcarder.com
pthomas@leonardcarder.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBEW LOCAL 595 TRUST FUNDS, et al<br><br>Plaintiffs,<br>v.<br><br>MILLER ELECTRIC & TECHNOLOGY, INC., et al<br><br>Defendant. | Case No. 3:10-cv-04505-BZ<br><br>**REQUEST FOR CONTINUANCE AND [proposed] ORDER** |

Plaintiffs IBEW Local 595 Trust Funds et al hereby request that the default prove-up hearing in this matter currently scheduled for Wednesday, February 16, 2011 at 10:00 a.m. be continued to Wednesday, March 2, 2011.

Dated: January 12, 2011         LEONARD CARDER, LLP

                By:    /s/ Phil A Thomas                    .
                       Phil A Thomas
                       Attorneys for Plaintiffs

IT IS SO ORDERED    **Plaintiff shall serve this Order on defendant.**

Date  January 13, 2011         Signed: _____
                                       Hon. BERNARD ZIMMERMAN,
                                       United States Magistrate Judge

1
REQUEST FOR CONTINUANCE
CASE NO. 3:10-CV-04505-BZ