1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11   IBEW LOCAL 595,                         No. C 10-04505 DMR

12              Plaintiff(s),               **ORDER**

13         v.

14   MILLER ELECTRIC & TECHNOLOGY,

15              Defendant(s).
     _____/
16

17         The judgment debtor exam scheduled for April 17, 2013 at 9:30 a.m. is now scheduled for

18   April 17, 2013 at 9:00 a.m.

19

20         IT IS SO ORDERED.

21

22   Dated:  February 12, 2013

23                                          _____

24                                          DONNA M. RYU
                                            United States Magistrate Judge
25

26

27

28

**United States District Court**
For the Northern District of California