**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBEW LOCAL 595, | No. C 10-04505 DMR |
|       Plaintiff(s), | **ORDER** |
| v. | |
| MILLER ELECTRIC & TECHNOLOGY, | |
|       Defendant(s). _____/ | |

The judgment debtor exam scheduled for April 17, 2013 at 9:30 a.m. is now scheduled for April 17, 2013 at 9:00 a.m.

IT IS SO ORDERED.

Dated: February 12, 2013

_____
DONNA M. RYU
United States Magistrate Judge