CHRISTINE S. HWANG (SBN 184549)
SARA B. TOSDAL (SBN 280322)
LEONARD CARDER, LLP
1188 Franklin Street, Suite 201
San Francisco, CA 94109
Tel: (415) 771-6400/Fax: (415) 771-7010
chwang@leonardcarder.com
stosdal@leonardcarder.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBEW LOCAL 595 TRUST FUNDS et al. | Case No.  3:10-cv-4505-CRB |
| Plaintiffs, | |
| v. | [~~PROPOSED~~] ORDER |
| MILLER ELECTRIC & TECHNOLOGY, INC. et al. | |
| Defendants. | |

Having reviewed Plaintiffs' Ex Parte Application to Continue Judgment Debtor Examination, it is hereby ORDERED that Defendant Miller Electric & Technology, Inc. shall appear before this Court on Wednesday, June 26, 2013, at 9:00 am for a judgment debtor examination.

IT IS SO ORDERED.

Dated: April 16, 2013 _____

_____
Hon. Donna M. Ryu,
United States Magistrate Judge

LEONARD CARDER, LLP
ATTORNEYS
1188 FRANKLIN STREET SUITE 201
SAN FRANCISCO, CALIFORNIA 94109
TEL: (415) 771-6400   FAX: (415) 771-7010